**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

GLEN ELLYN PHARMACY, INC,  )
on behalf of plaintiff and  )
the class members defined herein,  )
)   14-cv-340
Plaintiff,  )
)
v.  )   Honorable Judge Kocoras
)   Magistrate Judge Rowland
IXTHUS MEDICAL SUPPLY, INC.,  )
and JOHN DOES 1-10,  )
)
Defendants.  )

<u>**NOTICE OF DISMISSAL**</u>

Pursuant to Fed R. Civ. Proc. 41(a) and the agreement entered into between the Parties in the above matter, Plaintiff hereby stipulates and agrees to the dismissal of Plaintiff's individual claims against Defendants with prejudice, and with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. This stipulation of dismissal disposes of the entire action.

Respectfully submitted,

/s/ Dulijaza Clark
Dulijaza (Julie) Clark

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200

## CERTIFICATE OF SERVICE

I, Dulijaza Clark, certify that on March 10, 2015, or as soon thereafter as service may be effectuated, I caused a true and accurate copy of the foregoing document to be served, via US Mail and electronic mail, on the following parties:

Adam T. Peterson
Jeffrey M. Goldberg Law Offices
20 N. Clark St., Suite 3100
Chicago, IL 60603
apeterson@goldberglaw.com

Albert Solochek
Jason Pilmaier
1845 N Farwell Avenue, Suite 301
Milwaukee, WI 53202
ASolochek@hswmke.com
jpilmaier@hswmke.com

/s/ Dulijaza Clark
Dulijaza (Julie) Clark

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)